■ DONALD GULCZEWSKI, Respondent, v CHERYL OSBORNE, Appellant. [784 NYS2d 422]—Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered November 13, 2003. The order denied defendant's motion for summary judgment dismissing the amended complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Hayes, JJ.